# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 29, 2025
```

July 28, 2025

Via CM/ECF

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Luis Guzman*
25 Cr. 235 (JHR)

Dear Judge Rearden,

I write to respectfully request a six-week adjournment of the status conference in the above-captioned case, currently scheduled for July 31, 2025. The government, by AUSA Diarra Guthrie, consents to this application.

At the initial appearance before Your Honor, the parties indicated that they are engaged in productive pre-trial negotiations over a written plea agreement. Those negotiations are almost complete, except with respect to one aspect of the stipulated guidelines range. The parties require additional time to discuss and finalize our agreement regarding the applicable adjustments to Mr. Guzman's overall offense level.

The parties further agree that this additional period of delay is excludable under 18 U.S.C. § 3161(h)(7)(A) because it is necessary to facilitate negotiations over a pre-trial disposition.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc: Counsel of Record

---

Application GRANTED. Defendant's change-of-plea proceeding is adjourned to **September 11, 2025** at **11:45 a.m.** The Court hereby excludes the time between July 31, 2025 and September 11, 2025 to allow counsel time to continue conferring with the Government and with his client regarding a potential pretrial resolution. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: July 29, 2025