# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 10, 2025

*Via CM/ECF*
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Luis Guzman*
             25 Cr. 235 (JHR)

Dear Judge Rearden,

    I write to respectfully request a 21-day adjournment of the change-of-plea conference that is currently scheduled for October 14, 2025. The government, by AUSA Diarra Guthrie, consents to this application.

    The adjournment is necessary because the parties require additional time to finalize the written plea agreement, which is final except for one last outstanding issue. Accordingly, the parties agree that this period of delay is excludable under 18 U.S.C. § 3161(h)(7)(A) because it is required to facilitate a negotiated pre-trial resolution.

    I thank the Court for its consideration of this consent application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

---

Application GRANTED. The change-of-plea conference scheduled for October 14, 2025 at 11:30 a.m. is hereby adjourned to **November 6, 2025** at **11:30 a.m.** Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court hereby excludes time through November 6, 2025 to allow the parties time to finalize the terms of a negotiated pretrial resolution. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 10, 2025