UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LUIZ GUZMAN,<br><br>Defendant. | 25 Cr. 235 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of the parties' plea agreement in anticipation of the plea proceeding for Defendant Luiz Guzman scheduled to take place on November 6, 2025 at 11:30 a.m. in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

By **5:00 p.m.** on **November 5, 2025**, the parties shall inform the Court, by joint letter or individual letters, whether they expect Defendant's remand to be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court expects defense counsel to prepare Defendant for the possibility of detention commencing at the conclusion of the plea proceeding, in accordance with Rule 7.C(ii) of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated:   November 4, 2025
         New York, New York

_____
JENNIFER H. REARDEN
United States District Judge