UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

LUIS GUZMAN,

Defendant.

25 Cr. 235 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record, Defendant Luis Guzman is remanded to the custody

of the United States Marshals.

SO ORDERED.

Dated: December 4, 2025
New York, New York

_Jennifer H. Rearden_
JENNIFER H. REARDEN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2025