# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2026

*Via CM/ECF*
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Luis Guzman*
      25 Cr. 235 (JHR)

Dear Judge Rearden,

I write with respect to the parties' respective sentencing submission deadlines in the above-captioned case. Presently, the defense submission is due today, March 11, 2026, and the Government's submission is due on March 18, 2026. I require a two-day extension to perfect my sentencing submission and review it with Mr. Guzman at MDC Brooklyn before filing. Accordingly, I respectfully request that the Court extend my deadline to file to Friday, March 13, 2026, with a commensurate extension of the Government's filing deadline to Friday, March 20, 2026. I have conferred with AUSA Diarra Guthrie, who does not oppose this motion.

I thank the Court for considering this consent application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

Defendant Guzman's sentencing proceeding scheduled for March 25, 2026 is adjourned to **April 9, 2026** at **4:00 p.m.** Defendant's sentencing submission shall be filed by **March 19, 2026**, and the Government's sentencing submission shall be filed by **March 26, 2026**.

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: March 16, 2026